UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| GREGORY MITCHELL ) | |
| ) | |
| v. ) | NO.2:12-CV-476 |
| ) | |
| CAROLYN W. COLVIN ) | |

O R D E R

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 14, 2013. [Doc.15]. No objections have been filed. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED,** and the motion for attorney fees filed by Plaintiff's counsel under the Equal Access to Justice Act is **GRANTED.** [Doc. 11]

Accordingly, the sum of $1,062.50 in attorney fees is awarded to Plaintiff's counsel, Gregory R. Herrell, Esquire, along with costs in the amount of $350.00, and expenses of $17.85. If the United States Department of the Treasury determines Plaintiff does not owe a federal debt, the Commissioner will accept Plaintiff's assignment of EAJA fees and pay any EAJA award directly to Plaintiff's attorney.

ENTER:

                                                    s/J. RONNIE GREER
                                                  UNITED STATES DISTRICT JUDGE